

# Court of Appeals
# Sixth Appellate District of Texas

## J U D G M E N T

Johnny Len Kellogg, Appellant

No. 06-21-00058-CR     v.

The State of Texas, Appellee

Appeal from the 124th District Court of Gregg County, Texas (Tr. Ct. No. 51825-B). Memorandum Opinion delivered by Justice Stevens, Chief Justice Morriss and Justice Carter* participating. *Justice Carter, Retired, Sitting by Assignment.

As stated in the Court's opinion of this date, we find there was partial error in the judgment of the court below. Therefore, we modify the bill of costs by deleting the time payment fee of $15.00, by deleting the phrase "[a]n additional time payment fee of $25.00 will be assessed if any part of a fine, court costs, or restitution is paid on or after the 31st day after the date the judgment assessing the fine, court costs, or restitution is entered," and to reflect total court costs of $380.00. We modify the trial court's judgment to reflect court costs of $340.00 and to reflect that the statute of offense is Article 62.102(b)(2) of the Texas Code of Criminal Procedure. As modified, the judgment of the trial court is affirmed.

We note that the appellant, Johnny Len Kellogg, has adequately indicated his inability to pay costs of appeal. Therefore, we waive payment of costs.

RENDERED MARCH 2, 2022
BY ORDER OF THE COURT
JOSH R. MORRISS, III
CHIEF JUSTICE

ATTEST:
Debra K. Autrey, Clerk